# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**NATIONAL LABOR RELATIONS BOARD,**

Applicant,

v.

**MAYS PRINTING COMPANY, INC.**
**Respondent.**

Case:2:10-mc-51089
Judge: Cleland, Robert H
MJ: Komives, Paul J

## ORDER

Upon consideration of the Application For Order Enforcing Subpoena Duces Tecum

pursuant to Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, I find that:

(1) The National Labor Relations Board's (Board) issuance of a subpoena duces tecum

to procure evidence for the purpose of securing compliance with a Board Decision

and Order and an Order of the United States Court of Appeals for the Sixth

Circuit in Case 7-CA-51544, and administrative law judge's decision and order

subsequently adopted by the Board in Case 7-CA-52247, is within the lawful

jurisdiction of the government authority seeking sworn testimony and documents

covered by the subpoena duces tecum;

(2) There is reason to believe that the testimony being sought is relevant to a legitimate

law enforcement inquiry; and

(3) There is reason to believe that Respondent's refusal to provide the sworn testimony

and documents being sought will impede the unfair labor practice compliance

proceedings in Cases 7-CA-51544 and 7-CA-52247 before the Board and is

preventing the Board from carrying out its duties and functions under the Act.

Wherefore, it is ORDERED that Respondent's Keeper of the Records appear before the

Board to provide documents and sworn testimony as requested in Subpoena B-573111.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated at Detroit, Michigan
This 23 day of October, 2010.